# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 145 MAL 2018

Respondent

v.

WILLIAM ANTHONY REEVES,

Petitioner

: Petition for Allowance of Appeal from
: the **Unpublished Memorandum and**
: **Order** of the Superior Court at No.
: 971 MDA 2017 entered on February
: 2, 2018, **affirming** the PCRA Order of
: the Dauphin County Court of Common
: Pleas at No. CP-22-CR-0003698-
: 2012 entered on May 31, 2017

## ORDER

**PER CURIAM**                                    DECIDED:  July 31, 2018

**AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is **GRANTED**.  There being no patent and obvious error appearing on the face of the sentencing order of January 20, 2016, attached to this Order as Appendix A, or by reference to the record of this matter, the Dauphin County Court of Common Pleas was without jurisdiction or authority to modify that order on September 14, 2016.  *See* 42 Pa.C.S. § 5505; *Commonwealth v. Holmes*, 933 A.2d 57 (Pa. 2007).  Accordingly, the order of the Superior Court is **VACATED**, as is the September 14, 2016 order of the Dauphin County Court of Common Pleas, attached to this Order as Appendix B, which purported to modify Petitioner's judgment of sentence.  The matter is **REMANDED** for reinstatement of the sentencing order entered January 20, 2016.

Justice Baer dissents and would deny allowance of appeal.

Appendix A

COMMONWEALTH OF PENNSYLVANIA : IN THE COURT OF COMMON
                                : PLEAS OF DAUPHIN COUNTY
            VS                  : PENNSYLVANIA
                                :
WILLIAM A. REEVES               : NO. 3698 CR 2012

SENTENCING ORDER

AND NOW, this 20th day of January 2016, on possession with intent to deliver, we sentence the defendant to one to two years in State prison, a fine of $50, plus costs.

On possession of drug paraphernalia, we sentence the defendant to one year of State supervision, a fine of $50, plus costs.

On the two counts of firearms, person not to possess, we sentence the defendant to four to eight years, a fine of $50, plus costs on each.

All sentences will run concurrent.

We grant time credit from February 17th, 2012, to today toward this sentence; however, this shall run consecutive to any State sentence the defendant was previously serving.

We order a confiscation and destruction.

16-2

[145 MAL 2018] - 2

We order no drugs; no alcohol; full-time employment once the defendant is released from State prison.

BY THE COURT:

_____
Deborah E. Curcillo, Judge

RECEIVED
OFFICE OF
CLERK OF COURTS

2016 JAN 25 PM 1: 13

DAUPHIN COUNTY
PENNA

Distribution:

Joseph Cardinale, Esquire, DA's Office (via e-mail)
Jennifer Tobias, Esquire (via e-mail)
Department of Corrections
Dauphin County Prison Records
Robert Sisock, Court Administration (via e-mail)
Chambers of The Honorable Deborah E. Curcillo

COMMONWEALTH OF PENNSYLVANIA : IN THE COURT OF COMMON PLEAS
: DAUPHIN COUNTY, PENNSYLVANIA
:
v. :
: NO. 3698 CR 2012
:
WILLIAM A. REEVES :

## ORDER OF COURT

AND NOW, this __14__ day of September, 2016, it is HEREBY ORDERED that the sentence imposed on January 20, 2016 is hereby modified as follows:

Defendant is granted time credit from **February 17, 2012 through July 30, 2012**. Time credit awarded from July 30, 2012 through January 20, 2016 shall be removed as it would result in defendant receiving duplicate credit.

BY THE COURT:

_____

Hon. Deborah E. Curcillo

2016 SEP 14 PM 1:04

**Distribution:**
Dauphin County District Attorney's Office
Jennifer E. Tobias, Esq., PO Box 365, Stewartstown, PA 17363
Department of Corrections, ATTN: Jessica Welch, 1920 Technology Parkway, Mechanicsburg, PA 17050
Clerk of Courts
Hon. Deborah E. Curcillo

20 - 1